Schedule 1

## The Pointe Group
### Timeline

| | Time | Cost | Week Ending: 12/12/2003 | 12/19/2003 | 12/26/2003 | 1/2/2004 | 1/9/2004 | 1/16/2004 | 1/23/2004 | 1/30/2004 | 2/6/2004 | 2/13/2004 | 2/20/2004 | 2/27/2004 | 3/5/2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Financial Model | 56 hrs | 18,760 | | | | | | | | | | | | | |
| Update Valuation Analysis | 10 hrs | 3,350 | | | | | | | | | | | | | |
| Debt Capacity Analysis | 8 hrs | 2,680 | | | | | | | | | | | | | |
| Sources & Uses of Cash | 14 hrs | 4,690 | | | | | | | | | | | | | |
| Cash Mgmt Narrative | 4 hrs | 1,340 | | | | | | | | | | | | | |
| Referral Base Analysis | 8 hrs | 2,680 | | | | | | | | | | | | | |
| Vendor/Mgmt Contract Analysis | 10 hrs | 5,000 | | | | | | | | | | | | | |
| Transaction Requirements Narrative | 6 hrs | 3,000 | | | | | | | | | | | | | |
| Preparation of Deliverable | 22 hrs | 7,370 | | | | | | | | | | | | | |
| **TOTAL** | | 48,870 | | | | | | | | | | | | | |
| Finalization of Solicitation List | 15 hrs | | | | | | | | | | | | | | |
| Preparation of Offering Memo | | | | | | | | | | | | | | | |
| Key Investment Considerations | 12 hrs | | | | | | | | | | | | | | |
| Industry Section (Completion) | 12 hrs | | | | | | | | | | | | | | |
| Investment History and Transaction Summary | 6 hrs | | | | | | | | | | | | | | |
| Facility Description | 30 hrs | | | | | | | | | | | | | | |
| Financial Summary | 12 hrs | | | | | | | | | | | | | | |
| Executive Summary | 12 hrs | | | | | | | | | | | | | | |
| Transmittal Letter (w/ timeline, requirements, LOI) | 8 hrs | | | | | | | | | | | | | | |
| Preparation of Blind Teaser | 12 hrs | | | | | | | | | | | | | | |
| Preparation of CA | 4 hrs | | | | | | | | | | | | | | |
| Communication with buyers and financiers | 16 hrs | | | | | | | | | | | | | | |
| Send Teasers to potential buyers / financiers | | | | | | | | | | | | | | | |
| Receive CAs / Send IMs | | | | | | | | | | | | | | | |

