UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CASAS, BENJAMIN & WHITE, LLC ) <br> ) <br> Plaintiff, ) <br> ) No. <br> vs. ) <br> ) JURY TRIAL DEMANDED <br> THE POINTE GROUP, INC., a ) <br> Massachusetts corporation d/b/a The Pointe ) <br> Group Healthcare and Senior Living; ) <br> GERALD S. FREID; BARRY FREID; ) <br> KEY CORPORATE CAPITAL, INC. ) <br> Defendants. ) | FILED <br> CLERKS OFFICE <br> 2004 NOV -3 A 11: 40 <br> DISTRICT COURT <br> DISTRICT OF MASS. |

### MOTION FOR ADMISSION *PRO HAC VICE* OF
### ATTORNEYS RICHARD P. STEINKEN, JEFF J. MARWIL, AND DAVID W. AUSTIN
### FOR PLAINTIFF CASAS, BENJAMIN & WHITE, LLC

Pursuant to Local Rule 83.5.3(b), Michael R. Bernardo, Esq., counsel for plaintiff Casas, Benjamin & White, LLC ("CBW") in the above-referenced case, moves that Richard P. Steinken, Esq., Jeff J. Marwil, Esq., and David W. Austin, Esq. be admitted *pro hac vice* as co-counsel for CBW in this case.

As grounds therefor, and as set forth in the attached certificates of Attorneys Steinken, Marwil, and Austin, (1) each is a member in good standing of the bars of every jurisdiction in which each has been admitted to practice; (2) there are no disciplinary proceedings pending against them; and (3) they are familiar with the Local Rules of the United States District Court for the District of Massachusetts. The moving party states further that he is a member of the bar of the United States District Court for the District of Massachusetts and has filed an appearance for CBW in this case.

       CASAS, BENJAMIN & WHITE, LLC

       By its attorneys,

       */s/ Michael R. Bernardo*
       Thomas E. Peisch / BBO #393260
       Erin K. Higgins / BBO #559510
       Michael R. Bernardo / BBO #648310
       CONN KAVANAUGH ROSENTHAL PEISCH
         & FORD, LLP
       Ten Post Office Square
       Boston, MA 02109
       (617) 482-8200

Of Counsel:

  Richard P. Steinken
  Jeff J. Marwil
  David W. Austin
  JENNER & BLOCK, LLP
  One IBM Plaza
  Chicago, IL 60611-7603

Dated: November 3, 2004
    Boston, Massachusetts

212864.1

2