UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CASAS, BENJAMIN & WHITE, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. |
| vs. ) | |
| ) | JURY TRIAL DEMANDED |
| THE POINTE GROUP, INC., a ) | |
| Massachusetts corporation d/b/a The Pointe ) | |
| Group Healthcare and Senior Living; ) | |
| GERALD S. FREID; BARRY FREID; ) | |
| KEY CORPORATE CAPITAL, INC. ) | |
| Defendants. ) | |

## CERTIFICATE OF ATTORNEY JEFF J. MARWIL
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Jeff J. Marwil, Esq., hereby certify as follows.

1. I am a member in good standing of the bars of the State of Illinois, and the United States District Court for the Northern District of Illinois.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED under the penalties of perjury this /s/ day of November, 2004.

_____
Jeff J. Marwil

212859.1