UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 NOV -3 A 11: 57

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CASAS, BENJAMIN & WHITE, LLC )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE POINTE GROUP, INC., a )<br>Massachusetts corporation d/b/a The Pointe )<br>Group Healthcare and Senior Living; )<br>GERALD S. FREID; BARRY FREID; )<br>KEY CORPORATE CAPITAL, INC. )<br>Defendants. ) | No.<br><br>JURY TRIAL DEMANDED<br><br>**04**cv**12333 MEL** |

## CERTIFICATE OF ATTORNEY DAVID W. AUSTIN
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, David W. Austin, Esq., hereby certify as follows.

1.  I am a member in good standing of the bar of the State of Illinois.

2.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED under the penalties of perjury this 1st day of November, 2004.

_____
David W. Austin

212861.1