UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 NOV -3  A 11:40

| | | |
|---|---|---|
| CASAS, BENJAMIN & WHITE, LLC | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. |
| THE POINTE GROUP, INC., a Massachusetts corporation d/b/a The Pointe Group Healthcare and Senior Living; GERALD S. FREID; BARRY FREID; KEY CORPORATE CAPITAL, INC. Defendants. | ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |

## CERTIFICATE OF ATTORNEY RICHARD P. STEINKEN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Richard P. Steinken, Esq., hereby certify as follows.

1. I am a member in good standing of the bars of the State of Illinois, the United States District Court for the Northern, Central and Southern Districts of Illinois, and the United States Courts of Appeals for the Fifth and Seventh Circuits.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED under the penalties of perjury this 1st day of November, 2004.

_____
Richard P. Steinken

212860.1