# United States District Court

DISTRICT OF __Massachusetts__

CASAS, BENJAMIN & WHITE, LLC

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

THE POINTE GROUP, INC. a Massachusetts corporation d/b/a The Pointe Group Healthcare and Senior Living; GERALD S. FRIED; BARRY FREID; KEY CORPORATE CAPITAL, INC.

TO: (Name and address of defendant)

**04 CV 12333 MEL**

Barry Freid
10 Wildale Circle
Needham, Heights, MA 02494-1400

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas E. Peisch
Conn Kavanaugh Rosenthal Peisch & Ford, LLP
Ten Post Office Square
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within ____twenty____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK

(BY) DEPUTY CLERK

DATE   11-3-04

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | November 3rd 2004 |
| NAME OF SERVER (PRINT)  William H. Dewsnap III | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Evan Freid (wife) of Barry Freid 10 Wildale Circle Needham Heights, Ma.

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -0- | $35.00 | $35.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/3/04
              Date

Signature of Server

92 State St. Boston, Ma.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.