UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CASAS, BENJAMIN & WHITE, LLC<br><br>Plaintiff,<br><br>v.<br><br>THE POINTE GROUP, INC., a Massachusetts corporation d/b/a The Pointe Group Healthcare and Senior Living; GERALD S. FREID; BARRY FREID; KEY CORPORATE CAPITAL, INC.,<br><br>Defendants. | Docket No: 1:04-CV-12333-MEL |

**DEFENDANT KEY CORPORATE CAPITAL, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Defendant Key Corporate Capital, Inc. ("KeyBank"), through its attorneys, Nixon Peabody LLP, hereby discloses pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3 the following:

**The name of each parent corporation and any publicly held corporation that owns 10% or more of a party's stock:**

Key Corporate Capital, Inc. is a wholly owned subsidiary of KeyBank, N.A. which is a wholly owned subsidiary of KeyCorp.

M117074.11

| Dated: December 13, 2004 | Respectfully submitted, |
|---|---|
| | KEY CORPORATE CAPITAL, INC. |
| | By its attorneys |
| | NIXON PEABODY LLP |
| | /s/W. Scott O'Connell |
| | W. Scott O'Connell (#559669) |
| | Courtney Worcester (#643180) |
| | 889 Elm Street |
| | Manchester, NH 03101 |
| | (603) 628-4000 |
| | soconnell@nixonpeabody.com |
| | cworcester@nixonpeabody.com |

**I hereby certify that on this 13th day of December, 2004, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.**

/s/Courtney Worcester
*One of the Attorneys for Defendants*

M117074.1