# EXHIBIT C

Case 1:04-cv-12333-MEL    Document 18-4    Filed 12/21/2004    Page 1 of 5

December 20, 2003

**VIA FACSIMILE AND
FEDERAL EXPRESS**

Board of Directors
The Pointe Group
Healthcare and Senior Living
615 Heath Street
Chestnut Hill, MA 02467
Attention: Gerry Freid

    Re: Engagement of Casas, Benjamin & White, LLC ("CBW")

Dear Mr Freid:

Pursuant to Section 2 of the engagement letter (the "Engagement"), dated as of September 4, 2003 by and between The Pointe Group Healthcare & Senior Living ("PGHS") and Casas, Benjamin & White, LLC ("CBW"), PGHS and CBW desire to amend the Engagement as follows:

The initial Restructuring Services Fee Retainer has been exhausted as of the date hereof, and PGHS hereby agrees to replenish the Restructuring Services Fee Retainer in the amount of $50,000 ~~payable in 5 weekly installments of $10,000 each.~~

CBW agrees to continue the Engagement and complete the revised scope of Restructuring Services outlined in Schedule 1 attached hereto.

    All other terms and conditions outlined in the Engagement shall remain in place in accordance with the terms of the Engagement.

This agreement may only be modified, amended or waived by a writing signed by the parties hereto.

If the terms of this amendment are satisfactory, kindly sign the enclosed copy of this letter.

Very truly yours,

CASAS, BENJAMIN & WHITE, LLC

By: _____
Kelley W. White
Managing Director

Accepted, acknowledged and agreed to:

THE POINTE GROUP HEALTHCARE
& SENIOR LIVING

By: _____

Title: _____

Date: 1/14/2004

Schedule 1

**The Pointe Group**
Timeline

| | Time | Cost | Week Ending: 12/12/2003 | 12/19/2003 | 12/26/2003 | 1/2/2004 | 1/9/2004 | 1/16/2004 | 1/23/2004 | 1/30/2004 | 2/6/2004 | 2/13/2004 | 2/20/2004 | 2/27/2004 | 3/5/2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Financial Model | 56 hrs | 18,760 | | | | | | | | | | | | | |
| Update Valuation Analysis | 10 hrs | 3,350 | | | | | | | | | | | | | |
| Debt Capacity Analysis | 8 hrs | 2,680 | | | | | | | | | | | | | |
| Sources & Uses of Cash | 14 hrs | 4,690 | | | | | | | | | | | | | |
| Cash Mgmt Narrative | 4 hrs | 1,340 | | | | | | | | | | | | | |
| Referral Base Analysis | 8 hrs | 2,680 | | | | | | | | | | | | | |
| Vendor/Mgmt Contract Analysis | 10 hrs | 5,000 | | | | | | | | | | | | | |
| Transaction Requirements Narrative | 6 hrs | 3,000 | | | | | | | | | | | | | |
| Preparation of Deliverable | 22 hrs | 7,370 | | | | | | | | | | | | | |
| TOTAL | | 48,870 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| Finalization of Solicitation List | 15 hrs | | | | | | | | | | | | | | |
| Preparation of Offering Memo | | | | | | | | | | | | | | | |
|   Key Investment Consideratons | 12 hrs | | | | | | | | | | | | | | |
|   Industry Section (Completion) | 12 hrs | | | | | | | | | | | | | | |
|   Investment History and Transaction Summary | 6 hrs | | | | | | | | | | | | | | |
|   Facility Description | 30 hrs | | | | | | | | | | | | | | |
|   Financial Summary | 12 hrs | | | | | | | | | | | | | | |
|   Executive Summary | 12 hrs | | | | | | | | | | | | | | |
|   Transmittal Letter (w timeline, requirements, LOI) | 8 hrs | | | | | | | | | | | | | | |
| Preparation of Blind Teaser | 12 hrs | | | | | | | | | | | | | | |
| Preparatoin of CA | 4 hrs | | | | | | | | | | | | | | |
| Communication with buyers and financiers | 16 hrs | | | | | | | | | | | | | | |
| Send Teasers to potential buyers / financiers | | | | | | | | | | | | | | | |
| Receive CAs / Send IMs | | | | | | | | | | | | | | | |