# EXHIBIT E





**POINTE GROUP**
HEALTHCARE &
SENIOR LIVING

# *Management Presentation*

## April 2004

**CBW**

*Casas, Benjamin & White, LLC*          *Restructurings • Mergers, Acquisitions & Divestitures*

*Confidential*

## TPG  Overview                                                  *Introduction*

➢ TPG was founded in 1990 by William Fried and Mark Tobin

➢ The Pointe Group ("TPG") operates as a management company of five private nursing homes and two assisted living facilities.

➢ The contemplated transaction includes the sale of three of the seven facilities owned by TPG.

| Property Name | Location | Primary Market | Facility Type | Property Included/ Excluded[a] |
|---|---|---|---|---|
| **Included Assets:** | | | | |
| Hammond Pointe | Chestnut Hill, MA | Greater Northwest Boston | Nursing home | Included |
| Boylston Place | Chestnut Hill, MA | Greater Northwest Boston | Assisted living | Included |
| Cranberry Pointe | Harwich, MA | Cape Cod area | Nursing home | Included |
| Excluded Assets: | | | | |
| Baypointe | Brockton, MA | South Central Massachusetts | Nursing home | Excluded |
| Eastpointe | Chelsea, MA | Northside Boston | Nursing home | Excluded |
| Southpointe | Fall River, MA | South Coastal | Nursing home | Excluded |
| Heights Crossing | Brockton, MA | South Central Massachusetts | Assisted living | Excluded |

Note:

[a] The contemplated transaction only includes the three facilities noted in bold.  TPG shareholders will remain owners of the other facilities.

**Privilege & Confidential**

5

# Legal Structure                                                  *Introduction*

The current legal structure for the three entities contemplated in this transaction consists of two real estate entities (Cranberry Pointe Partnership and Chestnut Hill Life Care Realty, LLC) and three operating entities. The operating entities lease the properties from the real estate entities. In addition, the operating companies obtain management services from The Pointe Group, Inc. and Commonwealth Communities Management Co.

| Location | Realty Company | Operating Company | Management Company |
|---|---|---|---|
| Cranberry Pointe | Cranberry Pointe Partnership | Cranberry Pointe Nursing Home, Inc. (S Corp) | The Pointe Group, Inc. |
| Hammond Pointe | Chestnut Hill Life Care Realty, LLC | Hammond Pointe Nursing Home, LLC | The Pointe Group, Inc. |
| Boylston Place | Chestnut Hill Life Care Realty, LLC | Boylston Place at Chestnut Hill, LLC | Commonwealth Communities Mgmt. Co.[1] |

Notes:
_____

[1] Management agreement expires in 2005. Management does not plan on renewing the agreement.

**NOTE:** For financial reporting purposes, the lease expense between the real estate companies and the operating companies was eliminated.

# TPG Management Team                                        *Introduction*

➢ TPG is responsible for following functions at the operating entities:

- Overall corporate strategy

- Preparation of the annual operating budgets

- Prepares the monthly financial statements

- Manages the daily cash management utilizing a zero-balance cash sweep system

➢ The COO and the senior administrator, in conjunction with the facility administrator, are responsible for monitoring the day-to-day operations.

➢ TPG negotiates and administers all contracts for health insurance, services and supplies and oversees the 401(k) plan.

➢ All billing, collection, and disbursement activity is performed at each facility under the close supervision of the TPG.