# EXHIBIT G



THE POINTE OF EXCELLENCE FOR SUBACUTE CARE, REHABILITATION, LONG-TERM CARE, AND ASSISTED LIVING RESIDENCES

**THE POINTE GROUP**
**HEALTHCARE & SENIOR LIVING**

615 HEATH STREET
CHESTNUT HILL, MA
02467

617-734-1881
FAX 617-734-2299

June 2, 2004

Matt Caine
Casas, Benjamin & White
3414 Peachtree Rd., N.E.
Suite 238
Atlanta, GA 30326

Re: Sale of Pointe Group Properties

Dear Matt,

It has come to my attention that KeyBank is factoring a broker fee of $1,000,000 into their agreement with The Pointe Group regarding the sale of the Cranberry Pointe and Chestnut Hill properties. Last week, when I received the copy of our engagement agreement with CBW, I realized that the broker fee calculates to $1,250,000, at a sale price of $37,000,000.

We've approached KeyBank to adjust their figure, but are not receiving a favorable response. Therefore, we are appealing to you to adjust your fee. Please contact me at your earliest convenience to discuss this. Thank you.

Sincerely,

Barry Freid
COO

REHABILITATION &
SKILLED CARE CENTERS

BAYPOINTE
BROCKTON
CRANBERRY POINTE
HARWICH
EASTPOINTE
CHELSEA
HAMMOND POINTE
CHESTNUT HILL
SOUTHPOINTE
FALL RIVER

ASSISTED LIVING
RESIDENCES

BOYLSTON PLACE
CHESTNUT HILL
HEIGHTS CROSSING
BROCKTON

Cc: Steve Gordon
    Gerry Freid
    Mark Tobin