# EXHIBIT H

## Matt Caine

**From:** Stephen Gordon [gordon@gordonhaley.com]
**Sent:** Friday, June 04, 2004 5:12 PM
**To:** ecasas@cbwllc.com
**Cc:** 'Matt Caine'
**Subject:** The Pointe Group/CBW/Epoch

Dear Ed,
I would like to thank you, Matt and the CBW crew for putting together this afternoon's conference call with The Pointe Group principals and me. The opportunity to talk together worked wonders in getting us all comfortable with both the past and the future. I now realize that we misunderstood the nature and content of Matt's recent communications with Epoch and we (especially and particularly me) therefore misjudged the situation and reacted wrongly. I apologize for that and I am delighted to have reached the framework we did for our continuing cooperation with CBW and Matt Caine on the Pointe Group engagement. You guys have done a great job getting us to where we are and I know we can harness each other's energy and talents to bring the Epoch sale to fruition. If it happens, all kudos to CBW and Matt Caine. If it doesn't, it won't be for lack of trying on the CBW/Pointe Group side.
Steve

Stephen F. Gordon
Gordon Haley LLP
101 Federal Street
Boston, MA 02110
Phone: 617-261-0100 Ext 28
Fax: 617-261-0789
gordon@gordonhaley.com