# EXHIBIT L

1211

**THE POINTE GROUP, INC.**

DATE 9|12|03    53-139-113

PAY TO THE ORDER OF Casas, Benjamin and white, LLC    $ 10,000 —

ten thousand dollars    X X | 100    DOLLARS

**Century**  828
Bank
Newton, Massachusetts 02467

FOR 1

⑈0012⑈⑈ ⑈011301390⑈ ⑈21 29291 4⑈

---

1212

**THE POINTE GROUP, INC.**

DATE 9|19|03    53-139-113

PAY TO THE ORDER OF Casas Benjamin and white LLC    $ 20,000

twenty thousand dollars    XX|100    DOLLARS

**Century**  828
Bank
Newton, Massachusetts 02467

FOR 2

⑈0012⑈2⑈ ⑈011301390⑈ ⑈21 29291 4⑈

---

1213

**THE POINTE GROUP, INC.**

DATE 9|26|03    53-139-113

PAY TO THE ORDER OF Casas, Benjamin and white, LL    $ 10,000 —

ten thousand dollars    XX|100    DOLLARS

**Centur**  828
Bank
Newton, Massachusetts 02467



1283

THE POINTE GROUP, INC.

DATE 12|18|03          53-139-113

PAY TO THE ORDER OF  Casas, Benjamin and white                          $ 10,000

$10,000.00¢                                                    DOLLARS

**Century** 826
**Bank**
Newton, Massachusetts 02467

FOR _____

⑆001283⑈ ⑈011301390⑆ ⑈21 29291 4⑈



THE POINTE GROUP, INC.

1285

DATE 12|26|03

53-139-113

PAY TO THE ORDER OF  Casas Benjamin and white

$ 10,000

$10,000.00¢

DOLLARS

**Century** Bank
Newton, Massachusetts 02467

FOR

⑈001285⑈ ⑆011301390⑆ ⑈21 29291 4⑈

---

2-848-710

TOTAL ITEMS

PLEASE BE SURE ALL ITEMS ARE PROPERLY ENDORSED.

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

DEPOSIT TICKET
FOR CLEAR COPY, PRESS FIRMLY WITH BALL POINT PEN.

THE PRIVATEBANK

CURRENCY
COIN
CHECK

DATE 1-5-03

CASAS BENJAMIN & WHITE LLC
5215 OLD ORCHARD ROAD, SUITE 850
SKOKIE, IL 60077-1094

⑆071006486⑆ 133031⑈

500

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT.

THE POINTE GROUP, INC.

1294

53-139-113

DATE 1-9-04

PAY TO THE ORDER OF Casas Benjamin and White

$ 7,500

$7,500.00¢

DOLLARS

**Century** 626
**Bank**
Newton, Massachusetts 02467

FOR

⑈"001294"⑈ ⑈:011301390⑈: ⑈"21 29291 4⑈"

1295

**THE POINTE GROUP, INC.**

DATE: 1-16-04    53-139-113

PAY TO THE ORDER OF: Casas Benjamin and White    $ 5,000

Five thousand dollars    XX/100    DOLLARS

**Century Bank**
Newton, Massachusetts 02467

FOR _____

⑆001295⑆ ⑉011301390⑉ ⑈21 29291 4⑈

1298

THE POINTE GROUP, INC.

DATE 1/23/04    53-139-113

PAY.
TO THE
ORDER OF    Casas, Benjamin and White    $ 5000.00

$5,000.00¢

DOLLARS

**Century** 826
Bank
Newton, Massachusetts 02467

FOR _____

⑇00l298⑇ ⑇:011301390l: ⑇2l 29291 4⑇

1330

THE POINTE GROUP, INC.

53-139-113

DATE 3/22/04

PAY TO THE ORDER OF Casas, Benjamin and White

$ 7500—

$7,500.00¢

DOLLARS

Century Bank
Newton, Massachusetts 02467

FOR consult

⑈00⑈330⑈ ⑈:0⑈⑈30⑈390⑈: ⑈2⑈ 2929⑈ ⑈⑈

1342

THE POINTE GROUP, INC.

DATE 4-29-04                    53-139-113

PAY TO THE ORDER OF  Casas, Benjamin and White            $ 5000—

Five thousand dollars                    xx/100            DOLLARS

**Century** 826
**Bank**
Newton, Massachusetts 02467

FOR Consultants

⑈00⑈34 2⑈ ⑊0⑈⑈30⑈390⑈ ⑈2⑈ 2929⑈ 4⑈