UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CASAS, BENJAMIN & WHITE, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THE POINTE GROUP, INC., a ) <br> Massachusetts corporation d/b/a The Pointe ) <br> Group Healthcare and Senior Living; ) <br> GERALD S. FREID; BARRY FREID; and ) <br> KEY CORPORATE CAPITAL, INC., ) <br> ) <br> Defendants. | No. 04-12333-MEL |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME TO RESPOND TO KEY CORPORATE CAPITAL, INC.'S MOTION TO DISMISS**

Plaintiff Casas, Benjamin & White, LLC ("CBW"), hereby moves, with the assent of defendant Key Corporate Capital, Inc. ("Key Corporate"), for an extension of time to respond to Key Corporate's motion to dismiss. In support of this motion, CBW states as follows.

1. Key Corporate has filed a motion to dismiss all of CBW's claims against it.

2. CBW's opposition to this motion is due on December 27, 2004. CBW hereby moves for an extension of time to file its opposition to Key Corporate's motion to dismiss to January 6, 2005. Key Corporate has assented to this request for an extension of time.

WHEREFORE, Plaintiff Casas, Benjamin & White, LLC respectfully requests that this Court grant it an extension of time to respond to Key Corporate's motion to dismiss until January 6, 2005.

        CASAS, BENJAMIN & WHITE, LLC

        By its attorneys,

        /s/ Erin K. Higgins
        Thomas E. Peisch / BBO #393260
        Erin K. Higgins / BBO #559510
        Michael R. Bernardo / BBO #648310
        CONN KAVANAUGH ROSENTHAL PEISCH
         & FORD, LLP
        Ten Post Office Square
        Boston, MA  02109
        (617) 482-8200

        /s/ Richard P. Steinken (ekh)
        Richard P. Steinken, admitted *pro hac vice*
        Jeff J. Marwil, admitted *pro hac vice*
        David W. Austin, admitted *pro hac vice*
        JENNER & BLOCK, LLP
        One IBM Plaza
        Chicago, IL  60611-7603

Dated: December 21, 2004
      Boston, Massachusetts
216599.1