UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CASAS, BENJAMIN & WHITE, LLC<br><br>Plaintiff,<br><br>v.<br><br>THE POINTE GROUP, INC., a Massachusetts corporation d/b/a The Pointe Group Healthcare and Senior Living; GERALD S. FREID; BARRY FREID; KEY CORPORATE CAPITAL, INC.,<br><br>Defendants. | Docket No: 1:04-CV-12333-MEL |

## DEFENDANT KEY CORPORATE CAPITAL, INC.'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the Defendant, Key Corporate Capital Inc., and its counsel hereby certify to the Court that they have conferred with respect to establishing a budget for the costs of conducting the full course of the litigation, as well as considering resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: January 12, 2005

Respectfully submitted,

KEY CORPORATE CAPITAL, INC.

By its attorneys

NIXON PEABODY LLP
/s/W. Scott O'Connell

/s/ Rebecca McMahon
**Senior Vice President &
Associate General Counsel**
KeyCorp

W. Scott O'Connell (#559669)
Courtney Worcester (#643180)
889 Elm Street
Manchester, NH 03101
(603) 628-4000
soconnell@nixonpeabody.com
cworcester@nixonpeabody.com

M117858.1

- 2 -

**I hereby certify that on this 12th day of January, 2005, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.**

/s/Courtney Worcester
*One of the Attorneys for Defendants*

M117858.1

- 2 -