## GORDON HALEY LLP
COUNSELLORS AT LAW
101 FEDERAL STREET
BOSTON, MASSACHUSETTS 02110-1844

(617) 261-0100
FAX (617) 261-0789

January 13, 2005

By Hand

Honorable Morris E. Lasker
United States District Court
 For the District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

Re:   Casas, Benjamin & White, LLC v. The Pointe Group, Inc. Gerald S. Freid, Barry Freid and Key Corporate Capital, Inc. (No. 04-CV-12333-MEL)

Dear Judge Lasker:

This morning your Honor, in a telephone conference with Plaintiff's counsel and myself, asked me to, in a letter to the Court, respond to the Plaintiff's allegations that the Defendants, Gerald Freid and Barry Freid, own, or owned, any of the companies whose assets were sold in the transaction which is the subject of the Plaintiff's complaint. The following entities are at issue:

> Cranberry Pointe Partnership
> Chestnut Hill Realty, LLC
> Cranberry Pointe Nursing Home, Inc.
> Hammond Pointe Nursing Home, LLC
> Boylston Place @ Chestnut Hill, LLC

I can confirm for your Honor what I said yesterday with respect to ownership. Neither Gerald Freid nor Barry Freid now have or ever had any ownership interest in any of those entities. Each of those entities is owned 50% by the Estate of William Freid and 50% by Mark W. Tobin. Neither Gerald Freid nor Barry Freid will receive any ownership interests from their father's Estate.

While both Gerald Freid and Barry Freid are employees of the Defendant, The Pointe Group, Inc., neither now has or ever had any ownership interest in The Pointe Group, Inc. The Pointe Group, Inc. is, likewise, 50% owned by the Estate of William Freid and 50% owned by Mark W. Tobin.

# GORDON HALEY LLP

Honorable Morris E. Lasker
United States District Court
  For the District of Massachusetts
January 13, 2005
Page 2


I hope that this information is of value to your Honor.

Very truly yours,

*[signature]*

Stephen F. Gordon
SFG:vsh
cc:    Thomas E. Peisch, Esquire (by electronic mail)
        W. Scott O'Connell, Esquire (by electronic mail)

P:\Clients\Pointe Group\CBW Corr\Lasker ltr01 01-13-05.doc