UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 04CV12333 MEL

CASAS, BENJAMIN & WHITE, LLC )
    Plaintiff, )
)
v. )
)
THE POINT GROUP, INC., a )
Massachusetts corporation d/b/a The Pointe )
Group Healthcare and Senior Living; )
GERALD S. FREID; BARRY FREID; )
KEY CORPORATE CAPITAL, INC. )
    Defendants )
)

LOCAL RULE 16.1(D)(3) CERTIFICATION OF DEFENDANTS, THE
POINTE GROUP, INC., GERALD S. FREID AND BARRY FREID

Pursuant to Local Rule 16.1(D)(3), Defendants, The Pointe Group, Inc., Gerald S. Freid and Barry Freid (hereinafter "Defendants") and their undersigned counsel, hereby certify that the Defendants and counsel conferred to establish a budget for all possible courses of litigation of the above-captioned matter. The Defendants and their counsel have also conferred as to the possibility of resolving this matter through the use of alternative dispute resolution programs.

The Pointe Group, Inc.

_/s/ Gerald Freid_
By: Gerald Freid,
It's Vice President
Treasurer

_/s/ Gerald S. Freid_
Gerald S. Freid

_/s/ Barry Freid_
Barry Freid

/s/ Stephen F. Gordon
Stephen F. Gordon (BBO No. 203600)
Gordon Haley LLP
101 Federal Street
Boston, Massachusetts 02110
Tel: (617) 261-0100
Fax: (617) 261-0789
email: sgordon@gordonhaley.com

Dated: January 11, 2005