UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CASAS, BENJAMIN & WHITE, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE POINTE GROUP, INC., a )<br>Massachusetts corporation d/b/a The Pointe )<br>Group Healthcare and Senior Living; )<br>GERALD S. FREID; BARRY FREID; and )<br>KEY CORPORATE CAPITAL, INC., )<br>)<br>Defendants. ) | No. 04-12333-MEL |

CERTIFICATION OF PLAINTIFF CASAS, BENJAMIN & WHITE, LLC
PURSUANT TO L.R. 16.1(D)(3)

Plaintiff Casas, Benjamin & White, LLC, by its attorneys and an authorized representative, hereby certifies as follows:

1. Plaintiff and its counsel have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation.

2. Plaintiff and its counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

/s/Edward R. Casas
Edward R. Casas
Senior Managing Director
Casas, Benjamin & White, LLC
5215 Old Orchard Road, Suite 850
Skokie, Illinois  60077

/s/Erin K. Higgins
Thomas E. Peisch / BBO #393260
Erin K. Higgins / BBO #559510
Michael R. Bernardo / BBO #648310
CONN, KAVANAUGH, ROSENTHAL,
 PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA  02109
(617) 482-8200

Dated: January 18, 2005
       Boston, Massachusetts

217607.1