## THE POINTE GROUP
## GROSS PAYROLL
### 2003

|  |  | WEEKLY $ | ANNUAL $ |
|---|---|---:|---:|
| ALLEN, LISA | OWNER/DIRECTOR | 480.77 | 25,000 |
| FREID, BARRY | OWNER/DIRECTOR | 4,198.59 | 218,327 |
| FREID, GERALD | OWNER/DIRECTOR | 640.67 | 33,315 |
| NOBLE, ANDREA | OWNER/DIRECTOR | 480.77 | 25,000 |
| TOBIN, MARK | OWNER/DIRECTOR | 4,120.99 | 214,291 |
| BARKER, FRANK | CONTROLLER | 2,311.06 | 120,175 |
| IMBRIANO, CATERINA MINA | ASST. CONTROLLER | 1,573.99 | 81,847 |
| LEE, PENNY | ASST. CONTROLLER | 1,782.71 | 92,701 |
| BLANCHARD, MARIA | ACCOUNTS PAYABLE | 641.88 | 33,378 |
| BLAKE, KATELYN | ADMINISTRATIVE ASST. | 568.75 | 29,575 |
| DIFILIPPO, ANTHONY | MIS | 1,436.80 | 74,714 |
| ZHAO, SANPING | MIS | 950.00 | 49,400 |
| LOCCI, JEROME | MEDICAL CONSULTANT | 300.00 | 15,600 |
| MULLEN, MARY | NURSING CONSULTANT | 2,000.00 | 104,000 |
| LEWIS, MAUREEN | ADMISSIONS | 2,311.06 | 120,175 |
| TOTAL |  | **23,798.04** | **1,237,498** |