UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 04CV12333 MEL

| | |
|---|---|
| CASAS, BENJAMIN & WHITE, LLC<br>Plaintiff,<br><br>v.<br><br>THE POINT GROUP, INC.,<br>GERALD S. FREID; BARRY FREID;<br>KEY CORPORATE CAPITAL, INC.<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ASSENTED TO MOTION FOR EXTENSION OF TIME FOR DEFENDANTS, THE POINTE GROUP, INC., GERALD S. FREID AND BARRY FREID TO RESPOND TO DEFENDANT, KEY CORPORATE CAPITAL, INC.'S MOTION TO DISMISS CROSS-CLAIM

Defendants, The Pointe Group, Inc., Gerald S. Freid and Barry Freid (Collectively, the "Defendants"), with the assent of Defendant, Key Corporate Capital, Inc. ("KeyBank"), hereby request that the Court extend the time within which the Defendants must file their Opposition to KeyBank's Motion to Dismiss Cross-Claim of the Defendants from May 2, 2005 until May 16, 2005. As grounds for this Motion, Defendants state that they need additional time to respond to KeyBank's Motion to Dismiss due to the complex nature of the issues raised in KeyBank's Motion to Dismiss. KeyBank assents to the filing of this Motion.

WHEREFORE, The Pointe Group, Inc., Gerald S. Freid and Barry Freid respectfully request that the Court extend the time for the filing of their Opposition to KeyBank's Motion to

Dismiss Cross-Claim from May 2, 2005 until May 16, 2005 and grant such other relief as is just.

> THE POINTE GROUP, INC., GERALD S.
> FREID AND BARRY FREID
>
> By their attorneys,
>
> /s/Todd B. Gordon
> Stephen F. Gordon (BBO No. 203600)
> Todd B. Gordon (BBO No. 652482)
> Gordon Haley LLP
> 101 Federal Street
> Boston, Massachusetts 02110
> Tel:    (617) 261-0100
> Fax:    (617) 261-0789
> email:  sgordon@gordonhaley.com
>         tgordon@gordonhaley.com

Dated: April 26, 2005
P:\Clients\Pointe Group\CBW Plead\Mot to extend re mot to dismiss.doc

CERTIFICATE OF SERVICE

I, Todd B. Gordon, hereby certify that on April 26, 2005, a copy of the foregoing Assented to Motion for Extension of Time for Defendants, The Pointe Group, Inc., Gerald S. Freid and Barry Freid to respond to Key Corporate Capital, Inc.'s Motion to Dismiss Cross Claim was filed electronically. Notice of this filing will be sent to all parties via the Court's electronic filing system.

/s/Todd B. Gordon

2