UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 04CV12333 MEL

|   |   |
|---|---|
| CASAS, BENJAMIN & WHITE, LLC | ) |
| Plaintiff, | ) |
| v. | ) |
| THE POINT GROUP, INC., GERALD S. FREID; BARRY FREID; KEY CORPORATE CAPITAL, INC. | ) |
| Defendants. | ) |

UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS, THE POINTE GROUP, INC., GERALD S. FREID AND BARRY FREID TO RESPOND TO PLAINTIFF, CASAS, BENJAMIN & WHITE, LLC'S MOTIONS TO COMPEL

Defendants, The Pointe Group, Inc., Gerald S. Freid and Barry Freid (Collectively, the "Defendants"), with no opposition by Plaintiff, Casas, Benjamin & White LLC ("CBW"), hereby request that the Court extend the time within which the Defendants must file their Opposition to CBW's Motions to Compel from May 23, 2005 until June 2, 2005. As grounds for this Motion, Defendants state that they need additional time to respond to CBW's Motion to Compel due to the complex nature of the issues raised in CBW's Motion to Compel. CBW does not oppose the filing of this Motion.

WHEREFORE, The Pointe Group, Inc., Gerald S. Freid and Barry Freid respectfully request that the Court extend the time for the filing of their Opposition to CBW's Motion to

Compel from May 23, 2005 until June 2, 2005 and grant such other relief as is just.

          THE POINTE GROUP, INC., GERALD S. FREID AND BARRY FREID

          By their attorneys,

          /s/Todd B. Gordon
          Stephen F. Gordon (BBO No. 203600)
          Todd B. Gordon (BBO No. 652482)
          Gordon Haley LLP
          101 Federal Street
          Boston, Massachusetts 02110
          Tel:    (617) 261-0100
          Fax:   (617) 261-0789
          email:  sgordon@gordonhaley.com
                    tgordon@gordonhaley.com

Dated: May 17, 2005

## CERTIFICATE OF SERVICE

     I, Todd B. Gordon, hereby certify that I served the foregoing by causing a true and correct copy of the same to be sent by pre-paid, first class mail this 17th day of May, 2005 to:

David W. Austin, Esquire
Jeff J. Marwil, Esquire
Richard P. Steinken, Esquire
Jenner & Block, LLP
One IBM Plaza
Chicago, IL 60611-7603

          /s/ Todd B. Gordon