# EXHIBIT "A"

# Matt Caine

**From:** Matt Caine [mcaine@cbwllc.com]
**Sent:** Wednesday, September 29, 2004 2:02 PM
**To:** 'GF47@aol.com'
**Subject:** Pointe Group Invoice

EXHIBIT
G. Freid
No 37
3.9.05  DU

Gerry,

As a follow up to your request and in advance of tomorrow's closing, attached is our invoice for services provided in this transaction. Please review and let me know if you have any questions.

Also, I have been asked by Mary Cole (at McCullough, Stievater & Polvere) to forward a copy to her as well and will be sending it to her shortly. Thanks.

Matt

*Casas, Benjamin & White, LLC*    

**Invoice: 1987**

September 29, 2004

Board of Directors
The Pointe Group
Healthcare and Senior Living
615 Heath Street
Chestnut Hill, MA 02467
Attn: Gerry Freid

Re: The Pointe Group/Epoch Senior Living Transaction

<u>For Professional Services Rendered</u>

Investment banking services provided in connection with sale of Chestnut Hill (Hammond Pointe and Boylston Place) and Cranberry Pointe facilities pursuant to CBW engagement letter dated September 4, 2003 and as amended December 20, 2003.

| | |
|---|---:|
| Aggregate Transaction Value as defined | $31,950,000.00 |
| Percentage applied on first $25,000,000.00 | 3% |
| Percentage applied on remaining $6,950,000.00 | 4% |
| Subtotal | 1,028,000.00 |
| Remaining out-of-pocket expenses previously billed | 5,030.46 |
| Balance due at Closing | $ 1,033,030.46 |

**CHICAGO**
5215 Old Orchard Rd.
Suite 850
Skokie, Illinois 60077
Phone 847.583.1618
Fax 847.583.1719

**ATLANTA**
Monarch Plaza
3414 Peachtree Rd., N.E.
Suite 450
Atlanta, Georgia 30326
Phone 404.816.0049
Fax 404.816.0248

**WEBSITE**
www.cbwllc.com

Wire Instructions for Casas, Benjamin & White, LLC

The PrivateBank and Trust Company
10 N. Dearborn Street
Chicago, IL
ABA: 07-1006486
A/C: 133031
<u>**Special Instructions: Notify David Neilson and Lenora Bradford**</u>

*Restructurings • Mergers, Acquisitions & Divestitures*