# EXHIBIT "B"



# mary cole

**From:** Matt Caine [mcaine@cbwllc.com]
**Sent:** Wednesday, September 29, 2004 3:02 PM
**To:** mcole@msplegal.com
**Cc:** 'Matthew Ryan'
**Subject:** CBW Wiring Information

Mary,

Per your request, attached is a copy of the CBW invoice related to the Epoch transaction, which includes specific wiring instructions. At tomorrow's closing, I would ask that you please notify me via email the specific Fed reference number confirming the outgoing wire to CBW (once you receive that reference number). Please do not hesitate to call with any questions.

Thanks.

Matt Caine, CFA
Principal
Casas, Benjamin & White, LLC
3414 Peachtree Rd., Suite 450
Atlanta, GA 30326

P: (404) 816-0049 x210
F: (404) 816-0248
E: mcaine@cbwllc.com
W: www.cbwllc.com



Casas, Benjamin & White, LLC



**Invoice: 1987**

September 29, 2004

Board of Directors
The Pointe Group
Healthcare and Senior Living
615 Heath Street
Chestnut Hill, MA 02467
Attn: Gerry Freid

Re: The Pointe Group/Epoch Senior Living Transaction

For Professional Services Rendered

Investment banking services provided in connection with sale of Chestnut Hill (Hammond Pointe and Boylston Place) and Cranberry Pointe facilities pursuant to CBW engagement letter dated September 4, 2003 and as amended December 20, 2003.

| | |
|---|---:|
| Aggregate Transaction Value as defined | $31,950,000.00 |
| Percentage applied on first $25,000,000.00 | 3% |
| Percentage applied on remaining $6,950,000.00 | 4% |
| Subtotal | 1,028,000.00 |
| Remaining out-of-pocket expenses previously billed | 5,030.46 |
| Balance due at Closing | $ 1,033,030.46 |

**Wire Instructions for Casas, Benjamin & White, LLC**

The PrivateBank and Trust Company
10 N. Dearborn Street
Chicago, IL
ABA: 07-1006486
A/C: 133031
**Special Instructions: Notify David Neilson and Lenora Bradford**

CHICAGO
5215 Old Orchard Rd.
Suite 850
Skokie, Illinois 60077
Phone 847.583.1618
Fax 847.583.1719

ATLANTA
Monarch Plaza
3414 Peachtree Rd., N.E.
Suite 450
Atlanta, Georgia 30326
Phone 404.816.0049
Fax 404.816.0248

WEBSITE
www.cbwllc.com

*Restructurings • Mergers, Acquisitions & Divestitures*