# EXHIBIT "C"

**From:** John McCullough
**Sent:** 09/29/2004
**To:** Sucoff, Andrew C
**Cc:**
**Bcc:**
**Subject:** RE: Epoch/TPG Closing Statement

---

Andy, Thanks for the revised closing statement. I have forwarded it to my client and they have made provisions for the amount due from Sellers. See you tomorrow.

JMc

-----Original Message-----
From: Sucoff, Andrew C [mailto:ASucoff@goodwinprocter.com]
Sent: Wednesday, September 29, 2004 8:31 PM
To: Sucoff, Andrew C; jmccullough@msplegal.com; Mary Anne Tyler; mcole@msplegal.com
Cc: Henken, H David; larry.gerber@epochsl.com; Pfaff, Debora A.; Anderson, Beth - Waltham; Woodward, Lori S; Simmons, Alan H; fcrance@calawyers.com; mkauffman@nolanandheller.com
Subject: RE: Epoch/TPG Closing Statement


Further revised to reflect accurate recording charges and the higher deed stamp in Barnstable


◇

Andrew C. Sucoff, Esq.
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109
Phone: (617) 570-1995
Fax: (617) 227-8591
MailTo:asucoff@goodwinprocter.com

*********************************************************************
This message is intended only for the designated recipient(s). It may
contain confidential or proprietary information and may be subject to the
attorney-client privilege or other confidentiality protections. If you are
not a designated recipient, you may not review, copy or distribute
this message. If you receive this in error, please notify the sender by
reply e-mail and delete this message. Thank you.
*********************************************************************



# Closing Statement

**Buyer:** Nationwide Health Properties
**Seller:** Cranberry Pointe Partnership, Cranberry Pointe Nursing Home, Inc., Hammond Pointe Nursing Home, LLC, Boylston Place at Chestnut Hill, LLC, and Chestnut Hill Life Care Realty, LLC
**Tenant:** Epoch SL VII, Inc., Epoch SL VIII, Inc. and Epoch SL IX, Inc.
**Closing Agent:** Fidelity National Title
**Property:** Hammond Pointe Rehab. & Skilled Care Center, Cranberry Pointe, Rehab. & Skilled Care Center and Boylston Place
**Closing Date:** 10/1/2004

|  | Buyer Charge | Buyer Credit | Seller Credit | Seller Charge |
|---|---|---|---|---|
| Purchase Price | $31,950,000.00 |  | $31,950,000.00 |  |
| Deposit (held by Escrow Agent) |  | $300,000.00 |  |  |
| Rent and Pre-paid Rent (see Schedule 1) |  | $160,363.00 |  | $160,363.00 |
| Security Deposits/Last Month Rent/PNA (see Schedule 2) |  | $281,276.36 |  | $281,276.36 |
| Real and Personal Property Taxes (see Schedule 3) |  | $25,766.89 |  | $25,766.89 |
| Vacation/Sick/Personal and other Employee Benefits (see Schedule 4) |  | $290,000.00 |  | $290,000.00 |
| Assumed Leases and Contracts (see Schedule 5) |  |  |  |  |
| Medicaid User Fee |  | $183,173.76 |  | $183,173.76 |
| Utility and Fuel (see Schedule 6) |  | $133,794.09 |  | $133,794.09 |
| Closing Costs & Disbursement (see schedule 7) | $34,047.50 |  |  | $31,968,936.80 |
|  | $31,984,047.50 | $1,374,374.10 | $31,950,000.00 | $33,043,310.90 |

Net Funds Due from Buyer:   $30,609,673.40

Net Funds Due to Seller:   ($1,093,310.90)

## RECONCILIATION

| | |
|---|---:|
| Net Funds Due from Buyer | $30,609,673.40 |
| Total Closing Disbursements | ($32,002,984.30) |
| Net Funds Due Seller | $1,093,310.90 |
| Subtotal | ($300,000.00) |
| | |
| Deposit | $300,000.00 |
| Total | $0.00    *Should be $0* |

Fidelity National Title    is holding the deposit,
and will transmit it as part of net funds due seller.
Interest on Deposit will be paid to Buyer outside closing.

Seller and Buyer approve this Closing Statement and approve the Closing Agent's disbursement of the proceeds in the manner, in the amounts and to the persons set forth herein.

Upon the close of escrow, Closing Agent agrees to disburse all sums under this Closing Statement to the designated parties.

**Buyer:**  
Nationwide Health Properties

**Seller:**  
Cranberry Pointe Partnership, Cranberry Pointe Nursing Home, Inc., Hammond Pointe

**Closing Agent:**  
Fidelity National Title

Name:  
Title:

Name:  
Title:

Name:  
Title:

## SCHEDULE 1

### Rent Adjustment

| | |
|---|---|
| Rent Paid Through: | 10/31/04 |
| Closing Date: | 10/1/04 |
| Days to Adjust: | 31 |
| Days in Month: | 31 |

| Tenant | Collected October Rent | Rent Adjustment |
|---|---|---|
| October (see rent roll) | $101,000.00 | $101,000.00 |
| Other Prepaid (see rent roll) | | $59,363.00 |
| **TOTAL** | $101,000.00 | **$160,363.00** |

Any rent collected on or after the date hereof will be immediately delivered and endorsed to Tena

ant

## SCHEDULE 2

### Last Month Rent, Accrued Interest, Security Deposit, PNA Adjustments

| Tenant | Amount |
|---|---|
| PNA (check delivered at closing for $35,241 with a further adjustment once interest is known) | |
| Last Month + accrued interest (see Schedule) | $280,540.36 |
| Activity Funds | $736.00 |
| | |
| **TOTAL** | $281,276.36 |

## SCHEDULE 3

### Real Estate Tax Adjustment

Taxes Paid Through: 9/30/2004
Closing Date: 10/1/2004
Seller Owes Buyer:   0 days of taxes

| Parcel | Yearly Tax | Per diem | Adjustment |
|---|---|---|---|
| Hammond & Boylston - prelim estimate | $153,397.60 | $420.27 | $0.00 |
| Cranberry | | | |
| Total: | $153,397.60 | $420.27 | **$0.00** |

Taxes Paid Through: 6/30/2004
Closing Date: 10/1/2004
Seller Owes Buyer:   94 days of taxes

| Parcel | Yearly Tax | Per diem | Adjustment |
|---|---|---|---|
| Cranberry | $100,052.28 | $274.12 | $25,766.89 |
| Total: | $100,052.28 | $274.12 | **$25,766.89** |
| Total: | $100,052.28 | $274.12 | **$25,766.89** |

## SCHEDULE 4

Benefit Adjustment

|  | **Hammond** | **Boylston** | **Cranberry** | **Total** |
|---|---|---|---|---|
| Vacation |  |  |  | $0.00 |
| Sick |  |  |  |  |
| Personal |  |  |  |  |
| TOTAL |  |  |  | $290,000.00 |

## SCHEDULE 5

### Contract and Lease Adjustment

phone
dish

## SCHEDULE 6

### Utility and Fuel Adjustment

| | | | |
|---|---|---|---:|
| Estimated 'Harwich | water | 7819 | 7,290.50 |
| | water | 7820 | 125.00 |
| | Keyspan | | 14,669.20 |
| | Nstar | | |
| | | | |
| Estimated Chestnut Hill | | | |
| | Nstar | | 84,454.18 |
| | water | | |
| | keyspan | | 27,255.21 |
| | | | |
| Oil | | | |
| | Total | | 133,794.09 |

## SCHEDULE 7

### Closing Costs & Disbursements

| Description<br>   Payee<br>      Payment Instructions (address or wire instructions) | Buyer | Seller |
|---|---|---|
| 1. Title Insurance Premium<br>    Payable to: Fidelity National<br>    Payment Instructions (address or wire instructions) | $33,547.50 | |
| 2. Transfer and Recording Taxes (State)<br>    Payable to:<br>    Payment Instructions (address or wire instructions)<br>    4.56/1000 CH<br>    5.70/100 Barnstable | | $150,230.34 |
| 3. Recording Fees - estimated<br>    Payable to:<br>    Payment Instructions (address or wire instructions) | $500.00 | $1,705.00 |
| 4. Broker Commission<br>    Payable to: Casas, Benjamin & White, LLC<br>    Payment Instructions (address or wire instructions) | | $960,546.46 |
| 5. Escrow for Successor Liability<br>    Payable to:<br>    Payment Instructions (address or wire instructions) | | $162,400.00 |
| 6. General Escrow<br>    Payable to:<br>    Payment Instructions (address or wire instructions) | | $400,000.00 |

|   | Description<br>Payee<br>Payment Instructions (address or wire instructions) | Buyer | Seller |
|---|---|---|---|
| 7 | Payment to Settle Medicaid<br>Payable to:<br>Payment Instructions (address or wire instructions) |  | $869,055.00 |
| 8. | Key Bank Payoff<br>Payable to:<br>Payment Instructions (address or wire instructions)<br>ABA: 021300077<br>Bank: Key Bank - Albany<br>Beneficiary: Risk Management<br>Account #810171941<br>Re: Chestnut Hill/Tobin - Please contact Steven Dunham at 518-257-8535 |  | $29,425,000.00 |
|   |   | $34,047.50 | $31,968,936.80 |
|   |   | Total: | $32,002,984.30 |
|   | **Net Funds Due to Seller:**<br>(if negative due from Seller) |   | ($1,093,310.90) |