# EXHIBIT "J"

## Bernardo, Michael R.

**From:** Stephen Gordon [sgordon@gordonhaley.com]
**Sent:** Wednesday, June 08, 2005 11:18 AM
**To:** Higgins, Erin; Bernardo, Michael R.
**Cc:** 'Todd Gordon'; 'O'Connell, Scott'
**Subject:** Pointe Group Documents

Dear Erin and Mike,

I have had the folks at John McCullough's office looking for ownership and organizational documents for the entities whose assets were sold and for The Pointe Group. The search has been complicated because Mary Ann Tyler, who knows the most about the documents, fractured her foot and has been out. I have asked that I receive whatever they can locate in Mary Ann's absence and send it to me whenever they have it. As soon as Todd or I have given the documents a quick look, they will be produced to you with the understanding that the search (and production) will continue until we have exhausted our resources. I am advised that much of the documentation you are seeking may have been provided to Key at the time it made its loans. If Key's recordkeeping is better than my clients', you would have better luck there.

I'll see you tomorrow at 10 AM for my deposition.

Steve

Stephen F. Gordon
Gordon Haley LLP
101 Federal Street
Boston, MA 02110
Phone: 617-261-0100 Ext 28
Fax: 617-261-0789
sgordon@gordonhaley.com

# GORDON HALEY LLP
COUNSELLORS AT LAW

101 FEDERAL STREET

BOSTON, MASSACHUSETTS 02110-1844

(617) 261-0100

FAX (617) 261-0789

June 15, 2005

Erin K. Higgins, Esquire
Conn Kavanaugh Rosenthal Peisch & Ford, LLP
Ten Post Office Square
Boston, Massachusetts 02109

Re:   <u>Casas, Benjamin & White v. The Pointe Group, et al</u>

Dear Erin:

I have received the following documents from John McCullough's office which I enclose:

1. Articles of Organization for Cranberry Pointe Nursing Home, Inc.;

2. Operating Agreement for Chestnut Hill Life Care Realty, LLC;

3. Operating Agreement for Hammond Point (sic) Nursing Home, LLC; and

4. Operating Agreement for Boylston Place at Chestnut Hill, LLC.

John McCullough's office tells me that they are continuing to search for formation and ownership documents. Again, you may have more luck with Key Bank (I see that you have now sought documents from them) as they may have required ownership and/or formation documents at the time of making their loans.

Sincerely,

Stephen F. Gordon
SFG:vsh
Enclosures

cc:   W. Scott O'Connell, Esquire (with enclosures)

P:\Clients\Pointe Group\CBW Corr\Higgins ltr 08 06-15-05.doc

# CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP

COUNSELORS AT LAW

THOMAS E. PEISCH
BOB B. ROSENTHAL
JAMES F. KAVANAUGH, JR.
RUSSELL F. CONN
GEORGE M. FORD
JAMES B. PELOQUIN
BARRY E. GOLD
THOMAS J. GALLITANO
JAMES GRAY WAGNER
ERIN K. HIGGINS
STEVEN E. GURDIN
MICHAEL T. SULLIVAN
CONSTANCE M. MCGRANE

Ten Post Office Square, Boston, Massachusetts 02109

Tel: (617) 482-8200
Fax: (617) 482-6444

WRITER'S DIRECT DIAL: (617) 348-8223
E-MAIL: EHIGGINS@CKRPF.COM

KURT B. FLIEGAUF
RONALD M. JACOBS
CAROL A. STARKEY
JENNIFER M. NORTON
SARA L. GOODMAN
MICHAEL R. BERNARDO
JACOB A. LABOVITZ
CARA A. FAUCI
JOHANNA L. MATLOFF
AMY C. STEWART
BETH NUZZO NEWMARK
SARAH E. WEBER

June 16, 2005

BY FACSIMILE AND MAIL

Stephen F. Gordon, Esq.
Gordon Haley, LLP
101 Federal Street
Boston, MA  02110

RE:   Casas Benjamin & White v. The Pointe Group, Inc., et al.

Dear Steve:

    I have your June 15, 2005 letter and the enclosed documents. While I appreciate your representation that John McCullough's office has looked for, and is continuing to look for, documents pertaining to the formation and ownership of the various healthcare entities, in my opinion Mr. McCullough was required to conduct such a search prior to his deposition, and with respect to all of the categories of documents identified in the schedule of documents attached to his subpoena. I have now reviewed the transcript of his deposition testimony, and it is apparent to me that no such search was conducted. Instead, it appears that Mr. McCullough simply assumed (or was advised) that all documents responsive to the subpoena were produced in connection with TPG's response to CBW's first request for production of documents. Based on Mr. McCullough's deposition testimony, I have identified several groups of documents that were responsive to the subpoena, and not produced as part of TPG's production. I am therefore writing, pursuant to Local Rule 7.1 and Rule 45(e), to request that Mr. McCullough (or persons employed in his office) undertake a further review of the Schedule A attached to Mr. McCullough's deposition subpoena and a review of Mr. McCullough's files to ascertain whether there are additional responsive documents.

    Please let me know at the earliest opportunity whether Mr. McCullough will agree to undertake such a further review. Otherwise, we intend to file a motion to compel on this issue. We also intend to move to compel Mr. McCullough to answer those deposition questions he was instructed not to answer at his deposition on the grounds of attorney-client privilege (and any questions following from his answers to those questions).

Stephen F. Gordon, Esq.
June 16, 2005
Page 2

In connection with the motion to compel, we also intend to seek an order requiring your clients to pay the costs of our preparation of the motion to compel, and the costs associated with reconvening Mr. McCullough's deposition. If Mr. McCullough is now willing to answer the questions he did not answer on May 19th and to conduct a further search for documents, and your clients are prepared to pay the costs of reconvening his deposition, please let me know immediately so that we can avoid having to file the motion to compel.

Thank you for your attention to the above.

Very truly yours,

Erin K. Higgins

EKH/lm:1915-000
cc:   Thomas E. Peisch, Esq.
      Michael R. Bernardo, Esq.
      W. Scott O'Connell, Esq. (by facsimile and mail)
      Mr. Edward R. Casas, Managing Director

228790.1

# CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP
COUNSELORS AT LAW

Ten Post Office Square, Boston, Massachusetts 02109

Tel: (617) 482-8200
Fax: (617) 482-6444

THOMAS E. PEISCH
BOB B. ROSENTHAL
JAMES F. KAVANAUGH, JR.
RUSSELL F. CONN
GEORGE M. FORD
JAMES B. PELOQUIN
BARRY E. GOLD
THOMAS J. GALLITANO
JAMES GRAY WAGNER
ERIN K. HIGGINS
STEVEN E. GURDIN
MICHAEL T. SULLIVAN
CONSTANCE M. MCGRANE

KURT B. FLIEGAUF
RONALD M. JACOBS
CAROL A. STARKEY
JENNIFER M. NORTON
SARA L. GOODMAN
MICHAEL R. BERNARDO
CARA A. FAUCI
JOHANNA L. MATLOFF
AMY C. STEWART
BETH NUZZO NEWMARK

SENDER'S DIRECT DIAL: 617.348.3297
E-MAIL: MBERNARDO@CKRPF.COM

## FACSIMILE COVER PAGE

**DATE:** June 16, 2005

**TO:** W. Scott O'Connell, Esq.

**COMPANY/FIRM:** Nixon Peabody LLP

**FACSIMILE #:** **617.345.1300**

**FROM:** Erin K. Higgins, Esq.

**RE:** CBW/Pointe Group

**MESSAGE:** Please see attached. Thank you.

228791.1

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET 3 IF RECEIVED POORLY OR IF INCOMPLETE, PLEASE CALL MEGGAN AT **617.482-8200**.

CONFIDENTIALITY NOTICE: The documents accompanying this facsimile transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution or the taking of any action in reliance on the contents of this communication is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately to arrange for return of the documents to us.

# Confirmation Report - Memory Send

Time       : 06-16-2005   01:16pm
Tel line   : 617-482-6444
Name       : CONN KAVANAUGH

| | | |
|---|---|---|
| Job number | : | 770 |
| Date | : | 06-16  01:15pm |
| To | : | 16173451300 |
| Document pages | : | 003 |
| Start time | : | 06-16  01:15pm |
| End time | : | 06-16  01:16pm |
| Pages sent | : | 003 |
| Status | : | OK |
| Job number | : 770 | *** SEND SUCCESSFUL *** |

---

## CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP
### COUNSELLORS AT LAW

Ten Post Office Square, Boston, Massachusetts 02109
Tel (617) 482-8200
Fax (617) 482-6444

SENDER'S DIRECT DIAL: 617.348.3297
E-MAIL: MBERNARDO@CKRF.COM

THOMAS E. PEISCH
BOB D. ROSENTHAL
JAMES F. KAVANAUGH, JR.
RUSSELL F. CONN
GEORGE M. FORD
JAMES B. PELOQUIN
BARRY E. GOLD
THOMAS J. GALLITANO
JAMES GRAY WAGNER
ERIN K. HIGGINS
STEVEN P. OGDEN
MICHAEL T. SULLIVAN
CONSTANCE M. MCGRANE

KURT B. FLIEGAUF
RONALD M. JACOBS
CAROL A. STAREY
JENNIFER M. NORTON
SARA L. GOODMAN
MICHAEL R. BERNARDO
CARA A. FAUCI
JOHANNA M. MATLOFF
AMY C. STEWART
BETH NUZZO NEWMARK

### FACSIMILE COVER PAGE

DATE:           June 16, 2005
TO:             W. Scott O'Connell, Esq.
COMPANY/FIRM:   Nixon Peabody LLP
FACSIMILE #:    617.345.1300
FROM:           Erin K. Higgins, Esq.
RE:             CBW/Pointe Group
MESSAGE:        Please see attached. Thank you.

228791-1

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 3 IF RECEIVED POORLY OR IF INCOMPLETE, PLEASE CALL MEGGAN AT 617.482.8200.

CONFIDENTIALITY NOTICE: The documents accompanying this facsimile transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution or the taking of any action in reliance on the contents of this communication is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately to arrange for return of the documents to us.

# CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP

COUNSELORS AT LAW

Ten Post Office Square, Boston, Massachusetts 02109

Tel: (617) 482-8200

Fax: (617) 482-6444

THOMAS E. PEISCH
BOB B. ROSENTHAL
JAMES F. KAVANAUGH, JR.
RUSSELL F. CONN
GEORGE M. FORD
JAMES B. PELOQUIN
BARRY E. GOLD
THOMAS J. GALLITANO
JAMES GRAY WAGNER
ERIN K. HIGGINS
STEVEN E. GURDIN
MICHAEL T. SULLIVAN
CONSTANCE M. MCGRANE

KURT B. FLIEGAUF
RONALD M. JACOBS
CAROL A. STARKEY
JENNIFER M. NORTON
SARA L. GOODMAN
MICHAEL R. BERNARDO
CARA A. FAUCI
JOHANNA L. MATLOFF
AMY C. STEWART
BETH NUZZO NEWMARK

SENDER'S DIRECT DIAL: 617.348.3223
E-MAIL: EHIGGINS@CKRPF.COM

## FACSIMILE COVER PAGE

DATE: June 16, 2005

TO: Stephen F. Gordon, Esq.

COMPANY/FIRM: Gordon Haley LLP

FACSIMILE #: **617-261-0789**

FROM: Erin K. Higgins, Esq.

RE: CBW/Pointe Group

MESSAGE: Please see attached.  Thank you.

221325.1

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET 3. IF RECEIVED POORLY OR IF INCOMPLETE, PLEASE CALL **MEGGAN** AT **617.482.8200**.

CONFIDENTIALITY NOTICE: The documents accompanying this facsimile transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution or the taking of any action in reliance on the contents of this communication is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately to arrange for return of the documents to us.

Confirmation Report - Memory Send

Time      : 06-16-2005  01:15pm
Tel line  : 617-482-6444
Name      : CONN KAVANAUGH

Job number      : 769
Date            : 06-16  01:14pm
To              : 16172610789
Document pages  : 003
Start time      : 06-16  01:14pm
End time        : 06-16  01:15pm
Pages sent      : 003
Status          : OK

Job number : 769             \*\*\* SEND SUCCESSFUL \*\*\*

[The remainder of the page shows the faxed cover sheet printed upside-down, from Conn Kavanaugh Rosenthal Peisch & Ford, LLP — FACSIMILE COVER PAGE dated June 16, 2005, To: Stephen F. Gordon, Esq., Company/Firm: Gordon Haley LLP, Facsimile #: 617-261-0789, From: Erin K. Higgins, Esq., Re: CBW/Pointe Group, Message: Please see attached. Thank you. 221325.1]