UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 04CV12333 MEL

|  |  |
|---|---|
| CASAS, BENJAMIN & WHITE, LLC<br>Plaintiff,<br><br>v.<br><br>THE POINT GROUP, INC.,<br>GERALD S. FREID; BARRY FREID;<br>KEY CORPORATE CAPITAL, INC.<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

MOTION FOR EXTENSION OF TIME FOR DEFENDANTS, THE POINTE GROUP, INC.,
GERALD S. FREID AND BARRY FREID TO RESPOND TO PLAINTIFF, CASAS,
BENJAMIN & WHITE, LLC'S MOTION TO DISQUALIFY
<u>STEPHEN F. GORDON AND GORDON HALEY LLP</u>
(Without Opposition)

Defendants, The Pointe Group, Inc., Gerald S. Freid and Barry Freid (collectively, the "Defendants"), hereby request that the Court extend the time within which the Defendants must file their Opposition to Plaintiff, Casas, Benjamin & White LLC's ("CBW") Motion to Disqualify Stephen F. Gordon and Gordon Haley LLP from July 27, 2005 until August 8, 2005. As grounds for this Motion, Defendants state that they need additional time to respond to CBW's Motion to Disqualify due to the complex nature of the issues raised in CBW's Motion to Disqualify. CBW does not intend to file an opposition to this Motion.

WHEREFORE, The Pointe Group, Inc., Gerald S. Freid and Barry Freid respectfully request that the Court extend the time for the filing of their Opposition to CBW's Motion to

Disqualify from July 27, 2005 until August 8, 2005 and grant such other relief as is just.

> THE POINTE GROUP, INC., GERALD S. FREID AND BARRY FREID
>
> By their attorneys,
>
> /s/Todd B. Gordon
> Stephen F. Gordon (BBO No. 203600)
> Todd B. Gordon (BBO No. 652482)
> Gordon Haley LLP
> 101 Federal Street
> Boston, Massachusetts 02110
> Tel:   (617) 261-0100
> Fax:   (617) 261-0789
> email: sgordon@gordonhaley.com
>          tgordon@gordonhaley.com

Dated: July 26, 2005
P:\Clients\Pointe Group \CBW Plead\Mot to extend re mot to disqualify.doc

CERTIFICATE OF SERVICE

I, Todd B. Gordon, hereby certify that I served the foregoing by causing a true and correct copy of the same to be sent by pre-paid, first class mail this 26th day of July, 2005 to:

David W. Austin, Esquire
Jeff J. Marwil, Esquire
Richard P. Steinken, Esquire
Jenner & Block, LLP
One IBM Plaza
Chicago, IL 60611-7603

/s/ Todd B. Gordon