UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CASAS, BENJAMIN & WHITE, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE POINTE GROUP, INC., a )<br>Massachusetts corporation d/b/a The Pointe )<br>Group Healthcare and Senior Living; )<br>GERALD S. FREID; BARRY FREID; and )<br>KEY CORPORATE CAPITAL, INC., )<br>)<br>Defendants. ) | No.  04-12333-MEL |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff, Casas, Benjamin & White, LLC, and the defendants, The Pointe Group, Inc., Gerald S. Freid, Barry Freid, and Key Corporate Capital, Inc., stipulate and agree that all claims, counterclaims, and cross-claims in this action are dismissed with prejudice and without costs to any party. All parties waive any rights of appeal.

| | |
|---|---|
| THE POINTE GROUP, INC., GERALD S. FREID AND BARRY FREID<br><br>By their attorneys,<br><br>/s/ Stephen F. Gordon<br>Stephen F. Gordon (BBO #203600)<br>Todd B. Gordon (BBO #652842)<br>GORDON HALEY LLP<br>101 Federal Street<br>Boston, MA 02110<br>(617) 261-0100 | CASAS, BENJAMIN & WHITE, LLC<br><br>By its attorneys,<br><br>/s/ Erin K. Higgins<br>Thomas E. Peisch (BBO #393260)<br>Erin K. Higgins (BBO #559510)<br>Michael R. Bernardo (BBO #648310)<br>CONN KAVANAUGH ROSENTHAL<br>PEISCH & FORD, LLP<br>Ten Post Office Square<br>Boston, MA 02109<br>(617) 482-8200 |

KEY CORPORATE CAPITAL, INC.

By its attorneys,


/s/ W. Scott O'Connell
W. Scott O'Connell (BBO #559669)
Courtney Worcester (BBO #643180)
NIXON PEABODY LLP
889 Elm Street
Manchester, NH 03101
(603) 628-4000


234959.1